

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-16-00662-CV

Melissa **FUENTES,** Individually, and as Next Friend of
Victor Robert Fuentes and Isabella Elaine Fuentes, Minors,
Appellants

v.

**TEXAS MUTUAL INSURANCE CO.,**
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

   The Court has considered the Appellant Beneficiaries' Motion for Rehearing En Banc and the motion is hereby DENIED.

_____
Irene Rios, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court